**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STACEY SIMEON HALL,

    Plaintiff,

v.                                                          Case No. 12-12064
                                                          Hon. Lawrence P. Zatkoff

ANN McCARTY et al.,

    Defendants.

_____/

## ORDER

On March 14, 2013, the Court ordered Plaintiff, proceeding *pro se*, to show cause [dkt 28] as to why the Court should not dismiss this case for Plaintiff's failure to timely serve the remaining Defendants with the summons and complaint.

Plaintiff's submission, received via facsimile, is utterly unresponsive to the Court's show-cause order. The submission generally reiterates the claims alleged in Plaintiff's complaint, and it requests that the undersigned disqualify himself from this case. It does not, however, offer any explanation of Plaintiff's failure to timely serve the remaining Defendants, nor does it provide any indication that Plaintiff intends to effectuate service on those Defendants.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's claims against all unserved Defendants are DISMISSED due to Plaintiff's failure to timely effectuate service or show good cause why an extension is warranted. *See* Fed. R. Civ. P. 4(m).

This order resolves all outstanding issues and closes the case.

IT IS SO ORDERED.

                                                                                  S/Lawrence P. Zatkoff
Date: April 9, 2013                                                    LAWRENCE P. ZATKOFF
                                                                                  UNITED STATES DISTRICT JUDGE